UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, WATERKEEPER ALLIANCE, INC., WATERKEEPERS CHESAPEAKE, INC., LOWER SUSQUEHANNA RIVERKEEPER ASSOCIATION, and MIDDLE SUSQUEHANNA RIVERKEEPER ASSOCIATION, | 21 Civ. 5706 (LJL) |

Plaintiffs,

v.

U.S. FISH AND WILDLIFE SERVICE, MARTHA WILLIAMS, in her official capacity as Acting Director of the U.S. Fish and Wildlife Service, and DEBRA HAALAND, in her official capacity as Secretary of the Interior,

Defendants.

**CERTIFICATION OF ADMINISTRATIVE RECORD**

I, Barbara Hosler, am the Listing Coordinator, Region 3, U.S. Fish and Wildlife Service ("FWS"). I hereby certify, to the best of my knowledge and belief, that the documents numbered EHB00001 through EHB07674, as provided to me by FWS staff, comprise the complete administrative record for FWS's 12-month petition finding, 84 Fed. Reg. 13223 (April 4, 2019), addressing whether to list the eastern hellbender subspecies under the Endangered Species Act of 1973. The documents are identified in the attached Administrative Record Index.

The administrative record consists of the evidence FWS considered in the course of the decisionmaking process, including the 12-month petition finding, policies, species status assessment, expert elicitation documents, peer review comments, reference materials, and other materials underlying the 12-month petition finding, but does not include deliberative materials.

*See Comprehensive Cmty. Dev. Corp. v. Sebelius*, 890 F. Supp. 2d 305, 308-09 (S.D.N.Y. 2012) (articulating standard governing scope of the administrative record); *id*. at 312 (recognizing that "deliberative materials antecedent to the agency's decision fall outside the administrative record").

Dated: February 1, 2022

BARBARA HOSLER    Digitally signed by BARBARA HOSLER
Date: 2022.02.01 17:20:24 -05'00'

Barbara Hosler
Listing Coordinator
Region 3
U.S. FISH AND WILDLIFE SERVICE
2651 Coolidge Road, Ste. 101
East Lansing, MI 48823

**Administrative Record Index**

U.S. Fish & Wildlife Service 12-month finding on petition to list the eastern hellbender under the Endangered Species Act of 1973, 84 Fed. Reg. 13223 (April 4, 2019)

| Beginning Bates # | Date | Author | Document Description |
|---|---|---|---|
| **12-month Finding** | | | |
| EHB00001 | April 4, 2019 | U.S. Fish and Wildlife Service | 12-Month Petition Finding and Endangered Species Status for the Missouri Distinct Population Segment of Eastern Hellbender |
| EHB00017 | March 29, 2010 | U.S. Fish and Wildlife Service | Proposed Rule 12-Month Finding Literature Cited |
| **Policies** | | | |
| EHB00025 | August 22, 2016 | U.S. Fish and Wildlife Service | Peer Review Process Memorandum |
| EHB00028 | July 31, 2014 | U.S. Fish and Wildlife Service | Final Policy on Interpretation of the Phrase "Significant Portion of Its Range" in the Endangered Species Act's Definitions of "Endangered Species" and "Threatened Species" |
| EHB00063 | July 1, 1994 | U.S. Fish and Wildlife Service | Notice of Interagency Cooperative Policy for Peer Review in Endangered Species Act Activities |
| **Species Status Assessment** | | | |
| EHB00064 | August 2, 2018 | Stephen Spear | Eastern Hellbender Peer Review Conflict of Interest Form |
| EHB00074 | July 20, 2018 | U.S. Fish and Wildlife Service | Eastern Hellbender (*Cryptobranchus alleganiensis alleganiensis*) Species Status Assessment Report Final Version 1.1. |
| EHB00178 | July, 2018 | U.S. Fish and Wildlife Service | Eastern Hellbender Expert Elicitation Process and Results |
| EHB00198 | April 25, 2018 | U.S. Fish and Wildlife Service | Additional materials provided to recommenders: Most Likely synthesis |
| EHB00200 | April 13, 2018 | U.S. Fish and Wildlife Service | Additional materials provided to recommenders: Additional graphs |
| EHB00213 | April 10, 2018 | U.S. Fish and Wildlife Service | Significant Portion of Range presentation for recommendation meeting |
| EHB00218 | April 10, 2018 | U.S. Fish and Wildlife Service | Listing Context and Policy presentation for recommendation meeting |
| EHB00230 | April 10, 2018 | U.S. Fish and Wildlife Service | Handout for recommendation meeting |
| EHB00235 | April 10, 2018 | U.S. Fish and Wildlife Service | SSA Powerpoint presentation for recommendation meeting |
| EHB00279 | April 9, 2018 | U.S. Fish and Wildlife Service | SSA Analytical Approach presentation for recommendation meeting |
| EHB00287 | April 3, 2018 | U.S. Fish and Wildlife Service | Eastern Hellbender (*Cryptobranchus alleganiensis alleganiensis*) Species Status Assessment Report Version 1. |
| EHB00383 | March 19, 2018 | Eric Chapman | Eastern Hellbender SSA draft report comments |
| EHB00385 | March 17, 2018 | Stephen Spear | Email: review of hellbender status assessment |
| EHB00387 | March 16, 2018 | Eric Chapman | Scoring for unknown populations |
| EHB00390 | March 15, 2018 | Nicholas Burgmeier | Eastern Hellbender SSA draft report comments |
| EHB00522 | March 15, 2018 | Thomas Floyd | Eastern Hellbender SSA draft report comments & scoring for unknowns |
| EHB00528 | March 14, 2018 | William Hopkins and John Kleopfer | Eastern Hellbender SSA draft report comments |
| EHB00659 | March 14, 2018 | Peter Petokas | Scoring for unknown populations |
| EHB00662 | March 9, 2018 | Caleb Hickman | Comment letter for Eastern Hellbender Status Assessment Report |
| EHB00664 | March 8, 2018 | Dale McGinnity | Eastern Hellbender SSA draft report comments |
| EHB00668 | February 23, 2018 | Tom Blount | Eastern Hellbender SSA draft report comments |
| EHB00669 | February 22, 2018 | Sheena Feist | Eastern Hellbender SSA draft report comments |
| EHB00674 | February 22, 2018 | New York State Department of Environmental Conservation | Eastern Hellbender SSA draft report comments |
| EHB00676 | February 22, 2018 | North Carolina Wildlife Resources Commission | Eastern Hellbender SSA draft report comments |
| EHB00681 | February 22, 2018 | Tim Pinion | Eastern Hellbender SSA draft report comments |
| EHB00683 | February 22, 2018 | Collin Shephard | Eastern Hellbender SSA draft report comments |
| EHB00685 | February 21, 2018 | Catherine Bodinof Jachowski | Email: Review of SSA for the Eastern Hellbender |
| EHB00687 | February 21, 2018 | Catherine Bodinof Jachowski | Eastern Hellbender Peer Review Conflict of Interest Form |
| EHB00696 | February 20, 2018 | Catherine Bodinof Jachowski | SSA Peer Review comments |
| EHB00705 | February 20, 2018 | West Virginia Division of Natural Resources | Eastern Hellbender SSA draft report comments |
| EHB00707 | February 20, 2018 | Lori Williams | Eastern Hellbender SSA draft report comments & scoring for unknowns |
| EHB00713 | February 15, 2018 | Kathy Gipe | Eastern Hellbender SSA draft report comments |
| EHB00714 | February 15, 2018 | Nicholas Sharp | Eastern Hellbender SSA draft report comments |
| EHB00717 | February 13, 2018 | Dawn Kirk | Eastern Hellbender SSA draft report comments |

| | | | |
|---|---|---|---|
| EHB00720 | January 2018 | U.S. Fish and Wildlife Service | Eastern Hellbender (*Cryptobranchus alleganiensis alleganiensis*) Species Status Assessment Version 1 Draft Report |
| EHB00813 | November 7, 2017 | U.S. Fish and Wildlife Service | Copy of Master Data (location information redacted) |
| EHB00831 | September 29, 2017 | Paul Hime | Eastern Hellbender Adaptive Capacity Comments |
| EHB00843 | August 29-31, 2017 | U.S. Fish and Wildlife Service | Eastern Hellbender Expert Elicitation notes compiled |
| EHB00857 | August 31, 2017 | U.S. Fish and Wildlife Service | Eastern Hellbender expert elicitation_future responses |
| EHB00875 | August 31, 2017 | U.S. Fish and Wildlife Service | Eastern Hellbender expert elicitation_influences |
| EHB00891 | August 31, 2017 | U.S. Fish and Wildlife Service | Eastern Hellbender expert elicitation_unknown status |
| EHB00905 | August 31, 2017 | U.S. Fish and Wildlife Service | Eastern Hellbender expert elicitation_population health |
| EHB00919 | August 28, 2017 | Shem Unger | Adaptive Diversity comments |
| EHB00920 | August 25, 2017 | U.S. Fish and Wildlife Service | Expert Elicitation Responses for Pop/Metapop Definitions and Status/Trend Category Exercise |
| EHB00923 | August 21, 2017 | Eric Chapman | Eastern Hellbender Adaptive Capacity Comments |
| EHB00934 | August 21, 2017 | Eric Chapman | Pre-meeting homework |
| EHB00937 | August 21, 2017 | Eric Chapman | Hellbender CE Summary For Expert Review comments |
| EHB00941 | August 20, 2017 | Eric Routman | Eastern Hellbender Adaptive Capacity comments |
| EHB00943 | August 18, 2017 | Thomas Floyd | Pre-meeting Homework |
| EHB00946 | August 18, 2017 | Thomas Floyd | Eastern Hellbender Adaptive Capacity Comments |
| EHB00960 | August 18, 2017 | Thomas Floyd | Hellbender CE Summary For Expert Review comments |
| EHB00965 | August 17, 2017 | Jeff Briggler | Eastern Hellbender Adaptive Capacity Comments |
| EHB00975 | August 17, 2017 | Jeff Briggler | Eastern Hellbender SSA: Missouri Population Status |
| EHB00980 | August 17, 2017 | Jeff Briggler | Pre-meeting Homework-Influences-MO-JTB |
| EHB00983 | August 17, 2017 | Jeff Briggler | Hellbender CE Summary For Expert Review Comments |
| EHB00987 | August 15, 2017 | Peter Petokas | Pre-meeting homework |
| EHB00990 | August 5, 2017 | Robin Foster | Hellbender Homework Tasks 1 and 2 |
| EHB00992 | August 5, 2017 | Robin Foster | Eastern Hellbender Adaptive Capacity Comments |
| EHB01003 | August 5, 2017 | Robin Foster | Pre-meeting homework |
| EHB01006 | August 4, 2017 | Dale McGinnity | A brief Description of Middle TN populations |
| EHB01008 | August 4, 2017 | Dale McGinnity | Possible Adaptive diversity in Eastern Hellbenders |
| EHB01009 | August 4, 2017 | Dale McGinnity | Eastern Hellbender CE Summary comments |
| EHB01013 | August 4, 2017 | Dale McGinnity | Pre-meeting homework |
| EHB01017 | August 4, 2017 | Lori Williams | Eastern Hellbender Adaptive Capacity Comments |
| EHB01030 | August 4, 2017 | Lori Williams | Hellbender CE Summary For Expert Review comments |
| EHB01034 | August 4, 2017 | Lori Williams | Pre-meeting homework |
| EHB01041 | August 4, 2017 | Rod Williams | Pre-meeting homework |
| EHB01044 | August 4, 2017 | William Hopkins | Pre-meeting homework |
| EHB01047 | August 3, 2017 | Michael Freake | Hellbender CE Summary For Expert Review comments |
| EHB01051 | August 3, 2017 | Michael Freake | Eastern Hellbender Adaptive Capacity Comments |
| EHB01062 | August 3, 2017 | Michael Freake | Pre-meeting homework |
| EHB01065 | August 3, 2017 | Greg Lipps | Eastern Hellbender Adaptive Capacity Comments |
| EHB01077 | August 3, 2017 | Greg Lipps | Hellbender CE Summary For Expert Review comments |
| EHB01081 | August 3, 2017 | Greg Lipps | Pre-meeting homework |
| EHB01085 | July 31, 2017 | John Kleopfer | HellbenderSSA_Virginia_Final |
| | | | |
| **References** | | | |
| EHB01087 | 2004 | Ahlstedt, S.A., P.D. Johnson, J.R. Powell, R.S. Butler, M.T. Fagg, D.W. Hubbs, S.F. Novak, and S.R. Palmer | Historical and current examination of freshwater mussels (Bivalvia: Margaritiferidae, Unionidae) in the Duck River basin, Tennessee. Tennessee Wildlife Resources Agency, Nashville, 213 pp. |
| EHB01302 | 2015 | Bales, E.K., O.J. Hyman, A.H. Loudon, R.N. Harris, G. Lipps, E. Chapman, K. Roblee, J.D. Kleopfer, and K.A. Terrell | Pathogenic chytrid fungus *Batrachochytrium dendrobatidis*, but not *B. salamandrivorans*, detected on Eastern Hellbenders. PLoS ONE 10(2): e0116405. doi:10.1371/journal.pone.0116405. |
| EHB01309 | 2015 | Beever, E.A., O'Leary, J., Mengelt, C., West, J.M., Julius, S., Green, N., Magness, D., Petes, L., Stein, B., Nicotra, A.B. and Hellmann, J.J. | Improving conservation outcomes with a new paradigm for understanding species' fundamental and realized adaptive capacity. Conservation Letters, 9(2), pp.131-137. |
| EHB01325 | 2013 | Bell, T. | Email from Thomas Bell, Senior Biologist, New York Department of Environmental Conservation, Cortland, NY to Jeromy Applegate, USFWS, Columbus, OH (January 7, 2013). |
| EHB01326 | 1996 | Blais, D. P. | Movement, home range, and other aspects of the biology of the eastern hellbender (*Cryptobranchus alleganiensis alleganiensis*): a radio telemetric study. Unpublished master's thesis, State University of New York at Binghamton. |

| | | | |
|---|---|---|---|
| EHB01395 | 1992 | Bowers, N.J., J.R. Stauffer, and J.R. Pratt | The distribution, population status and ecology of *Etheostoma maculatum* Kirtland in upper French Creek, New York. Final report to Kate Hubbs, The Nature Conservancy New York Field Office. School of Forest Resources, The Pennsylvania State University, University Park, PA, 52 pp. |
| EHB01449 | 2010 | Briggler, J. | Email from Jeff Briggler, Herpetologist, Missouri Department of Conservation, Jefferson City, MO to Jeromy Applegate, USFWS, Columbus, OH (May 15, 2010). |
| EHB01455 | 2007 | Butler, R.S. | Status assessment report for the snuffbox, *Epioblasma triquetra* , a freshwater mussel occurring in the Mississippi River and Great Lakes Basins. U.S. Fish and Wildlife Service, Asheville, NC, 188 pp. |
| EHB01667 | 2015 | Chambouvet, A., D.J. Gower, M. Jirku, M.J. Yabsley, A.K. Davis, G. Leonard, F. Maguire, T.M. Doherty-Bone, G.B. Bittencourt-Silva, M. Wilkinson, and T.A. Richards. | Cryptic infection of a broad taxonomic and geographic diversity of tadpoles by Perkinsea protists. Proceedings of the National Academy of Sciences of the Unities States 112:E4743-E4751. https://doi.org/10.1073/pnas.1500163112 |
| EHB01676 | 2009 | Chapman, E.J. | Eastern hellbender (*Cryptobranchus  alleganiensis alleganiensis* ) status assessment update questionnaire, February 2009. |
| EHB01680 | 2017 | Chapman, E.J. | Email from Eric Chapman, Director of Aquatic Science, Western Pennsylvania Conservancy, Blairsville, PA to Jeromy Applegate, USFWS, Columbus, OH (January 16, 2017). |
| EHB01683 | 2010 | Chevin, L.M., Lande, R. and Mace, G.M. | Adaptation, plasticity, and extinction in a changing environment: towards a predictive theory. PLoS biology, 8(4), p.e1000357. |
| EHB01691 | 2013 | Chudyk, S.A. | Parentage analysis and conservation genetics educational material for the eastern hellbender salamander, *Cryptobranchus alleganiensis alleganiensis* . M.S. Ed. Project, SUNY Buffalo State, Buffalo, NY. 196pp. Available online at http://digitalcommons.buffalostate.edu/projects/1. |
| EHB01887 | 2008 | Cline, G.R. and J.R. Rayburn | Survey of the distribution of eastern hellbenders (*Cryptobranchus alleganiensis* ) in Alabama. Final Report to the Alabama Department of Natural Resources, Division of Wildlife and Freshwater Fisheries, Montgomery, AL, 10 pp. |
| EHB01899 | 2006 | Cline, G.R. and J.R. Rayburn | Survey of the distribution of eastern hellbenders (*Cryptobranchus alleganiensis* ) in Alabama. Final Report to the Alabama Department of Natural Resources, Division of Wildlife and Freshwater Fisheries, Montgomery, AL, 12 pp. |
| EHB01913 | 1982 | Coatney, C. E., Jr. | Home range and nocturnal activity of the Ozark hellbender. Unpublished master's thesis. Southwest Missouri State University, Springfield. |
| EHB01972 | 2012 | Conrad, N. | Eastern hellbender observation data |
| EHB01976 | 1988 | Ebert, D.J. and S.P. Filipek | Response of fish communities to habitat alteration in a small Ozark stream. Proceedings Arkansas Academy of Science 42:28–32 |
| EHB01982 | 2009 | Echternacht, A.C. | Email from Arthur Echternacht, Professor, University of Tennessee, Knoxville, TN to Jeromy Applegate, USFWS, Columbus, Ohio (June 16, 2009). |
| EHB01984 | 2017 | Esfandiari, L., D. Wendell, A. Helmicki, V. Hunt. | Using Environmental DNA (eDNA) to Determine Hellbender Distribution. Interim Report to the Ohio Department of Transportation, March 10, 2017. 19 pp. |
| EHB02003 | 2011 | Feller, D. and E. Thompson | Hellbender, *Cryptobranchus alleganiensis* , status summary for Maryland. Unpublished status summary report by the Maryland Department of Natural Resources, Natural Heritage Program, 4 pp. |
| EHB02007 | 2014 | Forsman, A. | Effects of genotypic and phenotypic variation on establishment are important for conservation, invasion, and infection biology. Proceedings of the National Academy of Sciences, 111(1), pp. 302-307. |
| EHB02013 | 2006 | Foster, R. L. | A study of the hellbender salamander (*Cryptobranchus alleganiensis* ) in the Allegheny River drainage of New York State: Examination of population trends, assessment of capture methods, and development of genetic techniques. Unpublished master's thesis, State University College at Buffalo, Buffalo, New York, 117 pp. |

| | | | |
|---|---|---|---|
| EHB02141 | 2016 | Foster, R. L | Email from Robin Foster, PhD Candidate, State University of New York at Buffalo, Buffalo, NY to Jeromy Applegate, USFWS, Columbus, OH (October 31, 2016). |
| EHB02142 | 2015 | Foster, R. L | Assessment of the distribution of the eastern hellbender (*Cryptobranchus alleganiensis*) and its habitat in the watershed. Report submitted to the New York State Department of Environmental Conservation and the US Fish and Wildlife Service, December 2015. 39 pp. |
| EHB02181 | 2017 | Freake, M.J., and C.S. DePerno | Importance of demographic surveys and public lands for the conservation of Eastern Hellbenders *Cryptobranchus alleganiensis alleganiensis* in the southeast USA. PLoS One 12(6): e0179153. |
| EHB02197 | 1983 | Gates, J.E. | The distribution and status of the hellbender (*Cryptobranchus alleganiensis*) in Maryland: I. The distribution and status of *Cryptobranchus alleganiensis* in Maryland. II. Movement patterns of translocated *Cryptobranchus alleganiensis* in a Maryland stream. Maryland Wildlife Administration. |
| EHB02257 | 2016 | Godwin, J. | Email from Jim Godwin, Alabama Natural Heritage Program, Auburn University, Auburn, AL to Jeromy Applegate, USFWS, Columbus, OH (November 7, 2016). |
| EHB02258 | 2015 | Godwin, J. | Hellbender status survey in Alabama using standard methods and environmental DNA (eDNA). Submitted to the Alabama Department of Conservation and Natural Resources. |
| EHB02267 | 2009 | Gray, M.J., D.L. Miller, and J.T. Hoverman | Ecology and pathology of amphibian ranaviruses. Diseases of Aquatic Organisms 87: 243–266. |
| EHB02291 | 2007 | Greathouse, J. | Development of a surveillance and monitoring protocol for the eastern hellbender, *Cryptobranchus alleganiensis alleganiensis*, in the Ohio River Valley of West Virginia. West Virginia Wildlife Diversity Program 2007 Research Project Report, Wheeling WV, 54 pp. |
| EHB02413 | 2009 | Greathouse, J. | Eastern hellbender (*Cryptobranchus alleganiensis alleganiensis*) status assessment update questionnaire, February 2009. |
| EHB02416 | 2011 | Greathouse, J. | Email from Joe Greathouse, Curator of Animals, Good Zoo at Oglebay, Wheeling, WV to Jeromy Applegate, USFWS, Columbus, OH (January 14, 2011). |
| EHB02419 | 2015 | Greathouse, W.J. | Development of a conservation action plan for the Eastern Hellbender (*Cryptobranchus alleganiensis alleganiensis*) in West Virginia. Doctoral Dissertation. Davis College of Agriculture, Natural Resources, and Design at West Virginia University, Morganton, West Virginia, USA. |
| EHB02631 | 2014 | Grogan L., L. Berger, K. Rose, V. Grillo, and S.D. Cashins. | Surveillance for emerging biodiversity diseases of wildlife. PLoS Pathog 10(5): e1004015. doi:10.1371/journal.ppat.1004015 |
| EHB02635 | 1970 | Guimond, R. W. | Aerial and aquatic respiration in four species of paedomorphic salamanders: *Amphiuma means means*, *Cryptobranchus alleganiensis alleganiensis*, *Necturus maculosus maculosus*, and *Siren lacertina*. PhD Dissertation. University of Rhode Island. |
| EHB02739 | 2016 | Hartle, M.A. | What happens after a train wreck? Death and renewal in the Sinnemahoning Creek watershed. Pennsylvania Angler & Boater. July/August 2016:54-55. |
| EHB02743 | 2002 | Henley, W.F., J.W. Jones, J.L. Boyles, J.M. McLeod, and R.J. Neves. | An evaluation of the suitability of the Cedar Bluff Spill Site for recovery of freshwater mussels, Clinch River, Tazewell County, Virginia. Final Report to the U.S. Fish and Wildlife Service, Gloucester, Virginia by the Virginia Cooperative Fish and Wildlife Research Unit, Virginia Polytechnic Institute and State University, Blacksburg, Virginia. 25 pp. |
| EHB02765 | 2010 | Horchler, D. C. | Long-term growth and monitoring of the eastern hellbender (*Cryptobranchus a. alleganiensis*) in eastern West Virginia. Unpublished master's thesis, Marshall University, Huntington, WV, 48 pp. |
| EHB02822 | 2005 | Humphries, W. J. | Georgia hellbender status assessment. Report to the Georgia Department of Natural Resources, Wildlife Resources Division, 77 pp. |
| EHB02899 | 2009 | Jensen, J. | Eastern hellbender (*Cryptobranchus alleganiensis alleganiensis*) status assessment update questionnaire, February 2009. |

| | | | |
|---|---|---|---|
| EHB02905 | | 1992 | Kanehl, P. and J. Lyons | Impacts of in-stream sand and gravel mining on stream habitat and fish communities, including a survey on the Big Rib River, Marathon County, Wisconsin. Wisconsin Department of Natural Resources Research Report 155, Madison, 32 pp. |
| EHB02942 | | 2009 | Karl, T.R., J.M. Melillo, and T.C. Peterson | Global Climate Change Impacts in the United States. Cambridge University Press, New York, 196 pp. |
| EHB03138 | | 2011 | Kaunert, M.D. | A historical assessment of the Eastern Hellbender (*Cryptobranchus a. alleganiensis*) in a Pennsylvania stream. Unpublished undergraduate thesis, Allegheny College, Meadville, PA, 33 pp. |
| EHB03172 | | 2008 | KDEP (Kentucky Department of Environmental Protection) | Total maximum daily load for 15 fecal colifor m impaired stream segments in the upper Green River USGS Hydrologic Unit 05110001, February 2008. KDEP, Division of Water, Frankfort. |
| EHB03291 | | 2014 | KDEP (Kentucky Department for Environmental Protection) | Integrated Report to Congress on the condition of water resources in Kentucky, 2014, volume 1. Division of Water, Frankfort, KY, 104 pp. + appendices. |
| EHB03565 | | 2007 | Keitzer S. C. | Habitat preferences of the eastern hellbender in West Virginia. Unpublished master's thesis, Marshall University, Huntington, West Virginia, 64 pp. |
| EHB03635 | | 2002 | Kiesecker, J.M. | Synergism between trematode infection and pesticide exposure: a link to amphibian limb deformities in nature? Proceedings of the National Academy of Sciences 99: 9900–9904. |
| EHB03640 | | 2002 | Kolpin, D.W., Furlong, E.T., Meyer, M.T., Thurman, E.M., Zaugg, S.D., Barber, L.B., Buxton, H.T. | Pharmaceuticals, hormones, and other organic wastewater contaminants in U.S. streams, 1999–2000: a national reconnaissance. Environmental Science and Technology 36:1202–1211 |
| EHB03650 | | 2009 | Lawson, C. | Eastern hellbender (*Cryptobranchus alleganiensis alleganiensis*) status assessment update questionnaire, February 2009. |
| EHB03652 | | 1991 | Lindberg, A. J. and N. Soule. | Unpublished report to the New York State Department of Environmental Conservation Endangered Species Unit on the hellbender (*Cryptobranchus alleganiensis*), Survey of the Susquehanna and Unadilla Rivers 1991, 19 pp. |
| EHB03672 | | 2009 | Lipps, G. | A survey of the eastern hellbender in the Licking and Kentucky River watersheds. Unpublished report to the Kentucky Department of Fish and Wildlife Resources, August 31, 2009, 35 pp. |
| EHB03707 | | 2010 | Lipps, G. and R. A. Pfingsten | Assessment and conservation of Ohio populations of the eastern hellbender. Unpublished Report to the Ohio Department of Natural Resources, Columbus, 22 pp + 1 appendix. |
| EHB03732 | | 2003 | Mayasich, J., D. Grandmaison, and C. Phillips | Eastern Hellbender status assessment report. Report to the US Fish and Wildlife Service, NRRI/TR-2003/09. 66 pp. |
| EHB03775 | | 2007 | McLean, R.G. | The Introduction and Emergence of Wildlife Diseases in North America. USDA National Wildlife Research Center - Staff Publications. 710. https://digitalcommons.unl.edu/icwdm_usdanwrc/710 |
| EHB03796 | | 2005 | Mississippi Department of Environmental Quality | Total maximum daily load, Bear Creek watershed, for biological impairment due to sediment. Office of Pollution Control, Jackson, MS, 32 pp. |
| EHB03828 | | 2017 | National Park Service | NPS Stats – Park Reports. Internet resource located at https://irma.nps.gov/Stats/Reports/Park/GRSM (assessed November 20, 2017) |
| EHB03829 | | 2010 | Ohio Environmental Protection Agency | Biological and water quality study of the Captina Creek watershed. Division of Surface Water, Columbus, OH, 42 pp. + appendices. |
| EHB03872 | | 2016 | Pennsylvania Department of Environmental Protection | 2016 Final Pennsylvania integrated water quality monitoring and assessment report. 87 pp. |
| EHB03959 | | 1985 | Peterson, C.L. | Comparative demography of four populations of the hellbender, Cryptobranchus alleganiensis, in the Ozarks. PhD Dissertation. University of Missouri, Columbia. 158 pp. |
| EHB04127 | | 2011 | Petokas, P. | Telephone interview with Peter Petokas, Research Associate, Lycoming College, Williamsport, PA by Jeromy Applegate, USFWS, Columbus, OH (March 25, 2011). |
| EHB04130 | | 1988 | Pfingsten, R. A. | The status and distribution of the hellbender, *Cryptobranchus alleganiensis*, in Ohio. |
| EHB04148 | | 2016 | Richgels, K.L.D, R.E. Russell, M.J. Adams, C.L. White, and E.H.C. Grant. | Spatial variation in risk and consequence of *Batrachochytrium salamandrivorans* introduction in the USA. R. Soc. open sci. 3:150616. http://dx.doi.org/10.1098/rsos.150616 |

| | | | |
|---|---|---|---|
| EHB04157 | 2012 | Roblee, K. | Hellbender Surveys in the Allgheny River Drainage completed by Department of Environmental Conservation (DEC) and Seneca Nation of Indians Wildlife Staff, 2009-2011 |
| EHB04163 | 1999 | Roell, M.J. | Sand and gravel mining in Missouri stream systems: aquatic resource effects and management alternatives. Missouri Department of Conservation, Columbia, 25 pp. |
| EHB04189 | 2000 | Sams, J.I., and K.M. Beer. | Effects of coal-mine drainage on stream water quality in the Allegheny and Monongahela river basins – sulfate transport and trends. Water-Resources Investigations Report 99-4208. U.S. Geological Survey, National Water-Quality Assessment Program, Lemoyne, PA, 17 pp. |
| EHB04212 | 2009 | Scott, F. | Eastern hellbender (*Cryptobranchus alleganiensis alleganiensis*) status assessment update questionnaire, February 2009. |
| EHB04214 | 2009 | Soeder, D.J., and W.M. Kappel. | Water resources and natural gas production from the Marcellus Shale. U.S. Geological Survey, Fact Sheet 2009–3032. |
| EHB04220 | 1971 | Tennessee Valley Authority | Stream length in the Tennessee River Basin. Knoxville, Tennessee. 25 pp. |
| EHB04246 | 2013 | Unger, S. D., O. E. Rhodes, Jr., T. M. Sutton, and R. N. Williams. | Population genetics of the eastern hellbender (*Cryptobranchus alleganiensis alleganiensis*) across multiple spatial scales. PLOS ONE 8(10):1-14. |
| EHB04260 | 2016 | United States Forest Service | National visitor use monitoring survey results: US Forest Service national summary report data collected FY 2011 through FY 2015. Available online at https://www.fs.fed.us/recreation/programs/nvum (accessed Nov. 20, 2017). |
| EHB04261 | 1997 | U.S. Environmental Protection Agency | Urbanization and streams: studies of hydrologic impacts. EPA 841-R-97 009. Office of Water, Washington, DC. |
| EHB04279 | 2011 | U.S. Environmental Protection Agency | A Field-Based Aquatic Life Benchmark of Conductivity in Central Appalachian Streams. EPA-600-R-10-023F. Office of Research and Development, Washington, DC. |
| EHB04555 | 2017 | U.S. Environmental Protection Agency | Ecoregions. https://www.epa.gov/eco- research/ecoregions. Accessed November 2, 2017. |
| EHB04556 | 2017 | U.S. Environmental Protection Agency | Section 404 of the Clean Water Act – Exemptions to Permit Requirements. https://www.epa.gov/cwa-404/exemptions-permit-requirements (accessed 11/20/2017). |
| EHB04558 | 2013 | U.S. Fish and Wildlife Service. | Endangered species status for the fluted kidneyshell and slabside pearlymussel, Final Rule. 78(187) FR 59269-59287. |
| EHB04577 | 2016 | U.S. Fish and Wildlife Service | Injurious wildlife species; listing salamanders due to risk of salamander chytrid fungus. 81(8) FR 1534-1556. |
| EHB04600 | 2017 | Wethington, K. | Email from Keith Wethington, Fish & Wildlife Information System Supervisor, Kentucky Department of Fish & Wildlife Resources, Frankfort, KY, to Jeromy Applegate, USFWS, Columbus, OH (May 9, 2017). |
| EHB04608 | 1999 | Wheeler, B.A. | Status of the Ozark Hellbender (*Cryptobranchus alleganiensis bishopi*): a long-term assessment. Unpublished master's thesis, Missouri State University, Springfield, 113 pp. https://bearworks.missouristate.edu/theses/113 |
| EHB04648 | 2011 | Williams, L. | Table of hellbender observations, North Carolina |
| EHB04650 | 2011 | Williams, L. | Email from Lori Williams, Mountain Wildlife Diversity Biologist, North Carolina Wildlife Resources Commission, Fletcher, NC to Jeromy Applegate, USFWS, Columbus, OH (October 6, 2011). |
| EHB04652 | 2016 | Williams, L. | Email from Lori Williams, Mountain Wildlife Diversity Biologist, North Carolina Wildlife Resources Commission, Fletcher, NC to Jeromy Applegate, USFWS, Columbus, OH (December 20, 2016) |
| EHB04653 | 1997 | West Virginia Department of Environmental Protection | An ecological assessment of the Elk River watershed, report number 05050007 – 1997. Watershed Assessment Program, Division of Water Resources, Charleston, WV, 122 pp. |
| EHB04776 | 2014 | West Virginia Department of Environmental Protection | 2014 West Virginia integrated water quality monitoring and assessment report. 2014. Charleston, West Virginia. 291 pp. |
| **References (copyrighted)\*** | | | |
| EHB05067 | 2007 | Allendorf, F.W. and G. Luikart | Conservation and the genetics of populations. Blackwell Publishing, Malden, MA, 642 pages. |
| EHB05074 | 1977 | Baxter, R.M. | Environmental effects of dams and impoundments. Annual Review of Ecology and Systematics 8:255–283. |
| EHB05103 | 1999 | Benstead, J.P., J.G. March, C.M. Pringle, and F.N. Scatena | Effects of a low-head dam and water abstraction on migratory tropical stream biota. Ecological Applications 9:656–668. |

| EHB05116 | 2016 | Berger, L., A.A. Roberts, J. Voyles, J.E. Longcore, K.A. Murray, L.R. Skerratt | History and recent progress on chytridiomycosis in amphibians. Fungal Ecology 19: 89-99. |
|---|---|---|---|
| EHB05127 | 1998 | Berger, L., R. Speare, R. P. Daszak, D.E. Green, A.A. Cunningham, C. L. Goggin, R. Slocombe, M. Ragan, A.D. Hyatt, K.R. McDonald, et al. | Chytridiomycosis causes amphibian mortality associated with population declines in the rain forests of Australia and Central America. Proceedings of the National Academy of Sciences 95:9031–9036. |
| EHB05134 | 1989 | Bhowmik, N.G. and J.R. Adams. | Successional changes in habitat caused by sedimentation in navigation pools. Hydrobiologia 176/177:17–27. |
| EHB05145 | 1941 | Bishop, S. C. | Salamanders of New York. New York State Museum Bulletin 324:1–365. |
| EHB05158 | 2011 | Bodinof, C. M., J. T. Briggler, M. Duncan, J. Beringer, and J. J. Millspaugh. | Historic occurrence of the amphibian chytrid fungus Batrachochytrium dendrobatidis in hellbender Cryptobranchus alleganiensis populations from Missouri. Diseases of Aquatic Organisms 96: 1- 11. |
| EHB05165 | 2018 | Bodinof Jachowski, C. M. and W. A. Hopkins | Loss of catchment-wide riparian forest cover is associated with reduced recruitment in a long-lived amphibian. Biological Conservation. 220:215-227. |
| EHB05178 | 1997 | Booth, D.B. and C.J. Jackson | Urbanization of aquatic systems – degradation thresholds, stormwater detention, and the limits of mitigation. Water Resources Bulletin 33:1077–1090. |
| EHB05192 | 2001 | Bosch J., I. Martinez-Solano, and M. Garcia-Paris | Evidence of a chytrid fungus infection in the decline of the common mid-wife toad (*Alytes obstetricans*) in protected areas of central Spain. Biological Conservation 97:331–337. |
| EHB05200 | 1991 | Bothner, R. C., and J. A. Gottlieb | A study of the New York State populations of the hellbender, *Cryptobranchus alleganiensis alleganiensis*. Proceedings of the Rochester Academy of Science 17:41–54. |
| EHB05209 | 2013 | Brand, C.J. | Wildlife mortality investigation and disease research: contributions of the USGS National Wildlife Health Center to endangered species management and recovery. EcoHealth 10: 446-454. |
| EHB05218 | 2008 | Briggler, J.T., K.A. Larson and K.J. Irwin | Presence of the amphibian chytrid fungus (*Batrachochytrium dendrobatidis*) on hellbenders (*Cryptobranchus alleganiensis*) in the Ozark Highlands. Herpetological Review 39:443–444. |
| EHB05221 | 2007 | Briggler, J., J. Utrup, C. Davidson, J. Humphries, J. Groves, T. Johnson, J. Ettling, M. Wanner, K. Traylor-Holzer, D. Reed, V. Lindgren, O. Byers | Hellbender Population and Habitat Viability Assessment: Final Report. IUCN/SSC Conservation Breeding Specialist Group, Apple Valley, MN. |
| EHB05340 | 1971 | Brodie, E. D., Jr. | Two more toxic salamanders, *Ambystoma maculatum* and *Cryptobranchus alleganiensis*. Herpetological Review 3:8. |
| EHB05342 | 1985 | Brooker, M.P. | The ecological effects of channelization. The Geographic Journal 151:63– 69. |
| EHB05350 | 2011 | Burgmeier, N.G., T. M. Sutton, and R.N. Williams | Spatial ecology of the eastern hellbender (*Cryptobranchus alleganiensis alleganiensis*) in Indiana. Herpetologica 67:135–145. |
| EHB05361 | 2011 | Burgmeier, N.G., S.D. Unger, J.L. Meyer, T.M. Sutton, and R.N. Williams. | Health and habitat quality assessment for the eastern hellbender (*Cryptobranchus alleganiensis alleganiensis*) in Indiana, USA. Journal of Wildlife Diseases 47:836–848. |
| EHB05374 | 2011 | Burgmeier, N.G., S.D. Unger, T.M. Sutton, and R.N. Williams. | Population status of the eastern hellbender (*Cryptobranchus alleganiensis alleganiensis*) in Indiana. Journal of Herpetology 45:195–201. |
| EHB05381 | 2003 | Carey C., Pessier A.P., Peace A.D. | Pathogens, infectious disease, and immune defenses. In: Amphibian Conservation, Semlitsch R. (editor), Washington DC: Smithsonian Institution Press, pp. 127–136. |
| EHB05390 | 2003 | Christin, M.S., A.D. Gendron, P. Brousseau, L. Menard, D.J. Marcogliese, D. Cyr, S. Ruby, and M. Fournier. | Effects of agricultural pesticides on the immune system of *Rana pipiens* and on its resistance to parasitic infection. Environmental Toxicology and Chemistry 22(5): 1127– 1133. |
| EHB05397 | 1990 | Cobb, D.G. and J.F. Flannagan. | Trichoptera and substrate stability in the Ochre River, Manitoba. Hydrobiologia 206:29–38. |
| EHB05407 | 1993 | Congdon, J.D., A.E. Dunham, and R.C. Van Loben Sels | Delayed sexual maturity and demographics of Blanding's Turtles (*Emydoidea blandingii*): implications for conservation and management of long-lived organisms. Conservation Biology 7:826–833. |
| EHB05416 | 1993 | Cooper, C.M. | Biological effects of agriculturally derived surface water pollutants on aquatic systems. Journal of Environmental Quality 22:402–408. |

| | | | |
|---|---|---|---|
| EHB05423 | | 1889 | Cope, E. D. | The batrachia of North America. U.S. National Museum Bulletin 34:1–525. |
| EHB06130 | | 2000 | Crandall, K.A., Bininda-Emonds, O.R., Mace, G.M. and Wayne, R.K. | Considering evolutionary processes in conservation biology. Trends in ecology & evolution, 15(7), pp.290- 295. |
| EHB06136 | | 1996 | Cunningham, A.A., T.E.S. Langton, P.M. Bennett, J.F. Ledwin, S.E.N. Drury, R.E. Gough, and S.K. MacGregor | Pathological and microbial findings from incidents of unusual mortality of the common frog (*Rana temporaria* ). Philosophical Transactions: Biological Sciences 351 (1347):1539–1557. |
| EHB06156 | | 2017 | Cunningham. A.A., P. Daszak, and J. Wood | One health, emerging infectious diseases and wildlife: two decades of progress? Phil. Trans. R. Soc. B 372:20160167 |
| EHB06164 | | 1999 | Daszak, P., L. Berger, A.A. Cunningham, A.D. Hyatt, D.E. Green, R. Speare | Emerging infectious diseases and amphibian population declines. Emerging Infectious Diseases 5(6): 735−748. |
| EHB06178 | | 2009 | Diamanti-Kandarakis, E., J. Bourguignon, L.C. Giudice, R. Hauser, G.S. Prins, A.M. Soto, R.T. Zoeller, and A.C. Gore | Endocrine-disrupting chemicals: an Endocrine Society scientific statement. Endocrine Reviews 30(4) 293–342. |
| EHB06234 | | 1997 | Dodd, Jr., C.K. | Imperiled amphibians: a historical perspective. In: G.W. Benz and D.E. Collins (Eds.). *Aquatic Fauna in Peril: The Southeastern Perspective* . Southeast Aquatic Research Institute, Lenz Design and Communications, Decatur, Georgia, Special Publication 1, pp. 165–200. |
| EHB06270 | | 1965 | Dundee, H. A., and D. S. Dundee | Observations on the systematics and ecology of Cryptobranchus from the Ozark Plateaus of Missouri and Arkansas. Copeia 3:369–370. |
| EHB06273 | | 1936 | Ellis, M.M. | Erosion silt as a factor in aquatic environments. Ecology 17:29–42. |
| EHB06288 | | 2014 | Eskew, E., A. Todd, and W. A. Hopkins | Extremely low prevalence of Batrachochytrium dendrobatidis infection in Eastern Hellbenders (*Cryptobranchus alleganiensis alleganiensis* ) in Southwest Virginia, USA. Herpetological Review, 45(3), 425-427. |
| EHB06292 | | 1972 | Etnier, D.A. | The effect of annual rechanneling on a stream fish population. Transactions of the American Fisheries Society 1972:372–375. |
| EHB06296 | | 1961 | Ferguson, D.E. | The herptofauna of Tishomingo County, Mississippi with comments on its zoogeographic affinities. Copeia 1961:391–396. |
| EHB06303 | | 2017 | Fisher, M.C. | In peril from a perfect pathogen. Nature 544:300-301 |
| EHB06305 | | 2012 | Fisher, M.C., D.A. Henk, C.J. Briggs, J.S. Brownstein, L.C. Madoff, S.L. McCraw and S.J. Gurr | Emerging fungal threats to animal, plant and ecosystem health. Nature 484:186–194. |
| EHB06314 | | 1947 | Fitch, F. W. | A record *Cryptobranchus alleganiensis* . Copeia 1974:210. |
| EHB06316 | | 2006 | Forson, D.D. and A. Storfer | Atrazine increases ranavirus susceptibility in the tiger salamander, *Ambystoma tigrinum* . Ecological Applications 16(6): 2325–2332. |
| EHB06325 | | 2006 | Forson, D.D and A. Storfer. | Effects of atrazine and Iridovirus infection on survival and life-history traits of the long-toed salamander (*Ambystoma macrodactylum* ). Environmental Toxicology and Chemistry 25(1): 168–173. |
| EHB06331 | | 2008 | Foster, R. L., A. M. McMillan, A. R. Breisch, K. J. Roblee, and D. Schranz | Analysis and comparison of three capture methods for the eastern hellbender (*Cryptobranchus alleganiensis alleganiensis* ). Herpetological Review 39:181–186. |
| EHB06337 | | 2009 | Foster, R. L., A. M. McMillan, and K. J. Roblee | Population status of hellbender salamanders (*Cryptobranchus alleganiensis* ) in the Allegheny River drainage of New York State. Journal of Herpetology, 43(4), pp.579-588. |
| EHB06347 | | 2010 | Gall, B. G., A. L. Crane, and A. Mathis | *Cryptobranchus alleganiensis alleganiensis* (Eastern Hellbender) Secretion Production. Herpetological Review 41:59. |
| EHB06348 | | 2010 | Gall, B. G. and A. Mathis | Innate predator recognition and the problem of introduced trout. Ethology 116:47–58. |
| EHB06360 | | 1985 | Gates, J.E., C.H. Hocutt, J.R. Stauffer, Jr., and G.J. Taylor | The distribution and status of *Cryptobranchus alleganiensis* in Maryland. Herpetological Review 16:17–18. |
| EHB06362 | | 2003 | Gendron, A.D., D.J. Marcogliese, S. Barbeau, M.S. Christin. P. Brousseau, S. Ruby, D. Cyr, and M. Fournier | Exposure of leopard frogs to a pesticide mixture affects life history characteristics of the lungworm *Rhabdias ranae* . Oecologia 135(3): 469–476. |
| EHB06371 | | 2011 | Geng, Y., K.Y. Wang, Z.Y. Zhou, C.W. Li, J. Wang, M. He, Z.Q. Yin, and W.M. Lai | First report of ranavirus associated with morbidity and mortality in farmed Chinese giant salamanders (*Andrias davidianus* ). Journal of Comparative Pathology 145: 95–102. |

| | | | |
|---|---|---|---|
| EHB06379 | | 1955 | Gentry, G. | An annotated checklist of the amphibians and reptiles of Tennessee. Journal of the Tennessee Academy of Science 30:168–176. |
| EHB06380 | | 2003 | Gilbertson, M.K., D. Haffner, K.G. Drouillard, A. Albert, and B. Dixon | Immunosuppression in the northern leopard frog (*Rana pipiens*) induced by pesticide exposure. Environmental Toxicology and Chemistry 22(1): 101–110. |
| EHB06390 | | 2011 | Gonynor, J.L., M.J. Yabsley, and J.B. Jensen | A preliminary survey of *Batrachochytrium dendrobatidis* exposure in hellbenders from a stream in Georgia, USA. Herpetological Review 42:58–59. |
| EHB06392 | | 2003 | Goulet, B.N. and A. Hontela | Toxicity of cadmium, endosulfan, and atrazine in adrenal steroidogenic cells of two amphibian species, *Xenopus laevis* and *Rana catesbeiana*. Environmental Toxicology and Chemistry 22(9): 2106–2113. |
| EHB06400 | | 2014 | Gowins, G, M. Clare, M. Colber, K Samborsky, C. Byrne, and J. Greathouse | eDNA Assessment of the Eastern Hellbender, *Cryptobranchus alleganiensis*, in Ohio. The Wilds, Department of Conservation Science, Cumberland, OH, 12 pp. |
| EHB06412 | | 2011 | Graham, S.P., E.C. Soehren, G.R. Cline, C.M. Schmidt, W.B. Sutton J.R. Rayburn, S.H. Stiles, J.A. Stiles | Conservation status of hellbenders (*Cryptobranchus alleganiensis*) in Alabama, USA. Herpetological Conservation and Biology 6:242–249. |
| EHB06420 | | 1965 | Granoff, A., P.E. Came, and KA Rafferty | The Isolation and Properties of Viruses from *Rana pipiens*: their possible relationship to the renal adenocarcinoma of the leopard frog. Annals of the New York Academy of Sciences 126(1): 237–255. |
| EHB06439 | | 2012 | Gray, M.J., D.L. Miller, and J.T. Hoverman | Reliability of non-lethal surveillance methods for detecting ranavirus infection. Diseases of Aquatic Organisms 99: 1–6. |
| EHB06445 | | 1934 | Green, N.B. | *Cryptobranchus alleganiensis* in West Virginia. Proceedings of the West Virginia Academy of Science 7:28–30. |
| EHB06451 | | 1935 | Green, N. B. | Further notes on the food habits of the water dog, *Cryptobranchus alleganiensis* (Daudin). Proceedings of the Academy of Science 9:36. |
| EHB06454 | | 1987 | Green, N.B. and T.K. Pauley. | Amphibians and reptiles in West Virginia. University of Pittsburgh Press. Pittsburgh, PA. |
| EHB06457 | | 2014 | Groves, J. D., and L. A. Williams. | *Cryptobranchus alleganiensis alleganiensis* (Eastern Hellbender) cannibalism.  Herpetological Review 45(1):108-109. |
| EHB06459 | | 2015 | Groves, J. D., L. A. Williams, and S. P. Graham | *Cryptobranchus alleganiensis alleganiensis* (Eastern Hellbender) larval/adult association. Herpetological Review 46(1):70-71. |
| EHB06461 | | 1997 | Hanski, I and M. E. Gilpin | Metapopulation biology: ecology, genetics, and evolution. San Diego, Academic Press. Pp. 512. |
| EHB06466 | | 1981 | Harlan, R. A., and R. F. Wilkinson | The effects of progressive hypoxia and rocking activity on blood oxygen tension for hellbenders, *Cryptobranchus alleganiensis*. Journal of Herpetology 15(4):383–388. |
| EHB06472 | | 2008 | Harper, J.A. | The Marcellus Shale-an old "new" gas reservoir, in Pennsylvania Geology: Pennsylvania Department of Conservation and Natural Resources, v. 38, no. 1 pgs 2–13. |
| EHB06487 | | 2006 | Harris, R.N., T.Y. James, A. Lauer, M.A. Simon, and A. Patel | Amphibian pathogen *Batrachochytrium dendrobatidis* is inhibited by the cutaneous bacteria of amphibian species. EcoHealth 3:53–56. |
| EHB06491 | | 2002 | Hayes, T. B., A. Collins, M. Lee, M. Mendoza, N. Noriega, A. A. Stuart, and A. Vonk | Hermaphroditic, demasculinized frogs after exposure to the herbicide atrazine at low ecologically relevant doses. Proceedings of the National Academy of Sciences 99: 5476–5480. |
| EHB06496 | | 2006 | Hayes, T.B., P. Case, S. Chui, D. Chung, C. Haeffele, K. Haston, M. Lee, V.P. Mai, Y. Marjuoa, J. Parker, and M. Tsui. | Pesticide mixtures, endocrine disruption, and amphibian declines: are we underestimating the impact? Environmental Health Perspectives 114(1): 40–50. |
| EHB06507 | | 2017 | Hecht, K. A., M. A. Nickerson, and P. B. Colclough. | Hellbenders (*Cryptobranchus alleganiensis*) may exhibit an ontogenetic dietary shift. Southeastern Naturalist 16(2):157-162 |
| EHB06514 | | 2012 | Hecht-Kardasz, K. A., M. A. Nickerson, M. Freake, and P. Colclough. | Population structure of the hellbender (*Cryptobranchus alleganiensis*) in a Great Smoky Mountains stream. Bulletin of the Florida Museum of Natural History 51(4):227–241. |

| | | | |
|---|---|---|---|
| EHB06530 | 2011 | Hendry, A. P., Kinnison, M. T., Heino, M., Day, T. , Smith, T. B., Fitt, G., Bergstrom, C. T., Oakeshott, J., Jørgensen, P. S., Zalucki, M. P., Gilchrist, G., Southerton, S., Sih, A., Strauss, S., Denison, R. F. and Carroll, S. P. | Evolutionary principles and their practical application. Evolutionary Applications 4:159-183. doi:10.1111/j.1752-4571.2010.00165.x |
| EHB06555 | 1971 | Hillis, R. E., and E. D. Bellis | Some aspects of the ecology of the hellbender *Cryptobranchus alleganiensis alleganiensis* , in a Pennsylvania stream. Journal of Herpetology 5:121–126. |
| EHB06562 | 2016 | Hime, P. M., S. D. Unger, S. J. Price, J. T. Briggler, L. Williams, M. J. Freake, A. N. Drayer, A. M. McMillan, M. E. Foley, J. Groves, E. M. Lemmon, and D. W. Weisrock | Cryptic branches in the *Cryptobranchus* tree: Genomic data reveal an underestimation of North American aquatic salamander diversity. Draft report. 19 pp. |
| EHB06581 | 2011 | Hoffmann, A. A., and Sgro, C. M. | Climate change and evolutionary adaptation. Nature, 470, pp. 479-485. |
| EHB06588 | 2006 | Holderegger, R., U. Kamm, and F. Gugerli | Adaptive vs neutral genetic diversity: implications for landscape genetics. Landscape Ecology 21:797-807. |
| EHB06599 | 2011 | Hopkins, W. A. and S. E. DuRant | Innate immunity and stress physiology of Eastern Hellbenders (*Cryptobranchus alleganiensis* ) from two stream reaches with differing habitat quality. General and Comparative Endocrinology 174:107–115. |
| EHB06609 | 1993 | Hubbard, W.D., D.C. Jackson, and D.J. Ebert | Channelization. Pp. 135–155 in: E.F. Bryan and D.A. Rutherford, eds. Impacts on warm-water streams: guidelines for evaluation. Warm-water Stream Committee, Southern Division, American Fisheries Society, Little Rock, Arkansas. |
| EHB06620 | 1975 | Huckabee, J. H., C. P. Goodyear, and R. D. Jones | Acid rock in the Great Smokies: unanticipated impact on aquatic biota of road construction in regions of sulfide mineralization. Transactions of the American Fisheries Society 104:677–684. |
| EHB06628 | 2000 | Humphries, W. J., and T. K. Pauley | Seasonal changes in nocturnal activity of the hellbender, *Cryptobranchus alleganiensis* , in West Virginia. Journal of Herpetology 34:604–607. |
| EHB06633 | 2005 | Humphries, W. J., and T. K. Pauley | Life history of the hellbender, *Cryptobranchus alleganiensis* , in a West Virginia stream. American Midland Naturalist 154:135–142. |
| EHB06642 | 2005 | Humphries, W. J., M. Solis, and C. Cardwell | *Cryptobranchus alleganiensis* (hellbender). Cannibalism. Herpetological Review 36:428. |
| EHB06643 | 1991 | Ingersol, C.A., R.F. Wilkinson, C.L. Peterson, and R.H. Ingersol | Histology of the reproductive organs of *Cryptobranchus alleganiensis* (Caudata: Cryptobranchidae) in Missouri. The Southwestern Naturalist 36:60–66. |
| EHB06651 | 2013 | IPCC | Summary for Policymakers. In: Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA. |
| EHB06696 | 2014 | IPCC | Climate Change 2014: Synthesis Report. Contribution of Working Groups I, II and III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change [Core Writing Team, R.K. Pachauri and L.A. Meyer (eds.)]. IPCC, Geneva, Switzerland, 151 pp. |
| EHB06865 | 1997 | Jancovich, J. K., E. W. Davidson, J. F. Morado, B. L. Jacobs, and J. P. Collins | Isolation of a lethal virus from the endangered salamander *Ambystoma tigrinum stebbinsi* . Diseases of Aquatic Organisms 31: 161–167. |
| EHB06872 | 1999 | Jensen, J. B. | Hellbender *Cryptobranchus alleganiensis* . In Protected animals of Georgia. Nongame-Endangered Wildlife Program, Georgia Department of Natural Resources, Social Circle, GA. Pp. 98–99. |
| EHB06874 | 2005 | Karesh, W. B., R. A. Cook, E. L. Bennett, and J. Newcomb | Wildlife trade and global disease emergence. Emerg. Infect. Dis. 11:1000–1002. |
| EHB06877 | 2008 | Kentucky Geological Survey | Kentucky Geological Survey internet mapper. Kentucky Geological Survey, University of Kentucky, Lexington. Retrieved September 29, 2008 from Kentucky Geological Survey website: http://kgsmap.uky.edu/website/KGSGeology/viewer.asp# |

| | | | |
|---|---|---|---|
| EHB06878 | 1995 | Kiesecker, J. M. and A. R. Blaustein | Synergism between UV-B radiation and a pathogen magnifies amphibian embryo mortality in nature. Proceedings of the National Academy of Science 92: 11049–11052. |
| EHB06882 | 2017 | Kraus, B. T., E. B. McCallen, and R. N. Williams | Evaluating the survival of translocated adult and captive-reared, juvenile Eastern Hellbenders (*Cryptobranchus alleganiensis alleganiensis*). Herpetologica 73(4):271-276. |
| EHB06889 | 1988 | Lande, R. | Genetics and demography in biological conservation. Science 241:1455–1461. |
| EHB06896 | 2011 | Lankau, R., P. S. Jorgensen, Harris, D. J., and A. Sih | Incorporating evolutionary principles into environmental management and policy. Evolutionary Applications, pp. 315-325. |
| EHB06907 | 2006 | Lips, K. R., F. Brem, R. Brenes, J. D. Reeve, R. A. Alford, J. Voyles, C. Carey, L. Livo, A. P. Pesser, and J. P. Collins | Emerging infectious disease and the loss of biodiversity in a Neotropical amphibian community. Proceedings of the National Academy of Sciences USA 103:3165–3170. |
| EHB06913 | 2013 | MacPhee, R. D. E. and A. D. Greenwood | Infectious disease, endangerment, and extinction. International Journal of Evolutionary Biology 2013:571939. |
| EHB06923 | 1995 | Maitland, P. S. | The conservation of freshwater fish: past and present experience. Biological Conservation 72:259-270. |
| EHB06935 | 2012 | Marschang, R. E. and D. Miller | 2011 International Ranavirus Symposium. Journal of Herpetological Medicine and Surgery 21(1): 1–2. |
| EHB06937 | 2014 | Martel, A., M. Blooi, C. Adriaensen, P. V. Rooij, W. Beukema, M. C. Fisher, R. A. Farrer, B. R. Schmidt, U. Tobler, K. Goka, K. R. Lips, C. Muletz, K. R. Zamudio, J. Bosch, S. Lotters, E. Wombwell, T. W. J. Garner, A. A. Cunningham, A. Spitzen-van der Sluijs, S. Salvidio, R. Ducatelle, K. Nishikawa, T. T. Nguyen, J. E. Kolby, I. Van Boexlaer, F. Bossuyt, and F. Pasmans | Recent introduction of a chytrid fungus endangers Western Palearctic salamanders. Science 346:630-631. |
| EHB06904 | 1977 | Merkle, D. A., S. I. Guttman, and M. A. Nickerson | Genetic uniformity throughout the range of the hellbender, *Cryptobranchus alleganiensis*. Copeia (3):549–553. |
| EHB06946 | 1976 | Miller, R. | Models, metaphysics, and long-lived species. Bulletin of the Ecological Society of America 57(3): 2-6. |
| EHB06952 | 2008 | Miller, D. L., S. Rajeev, M. Brookins, J. Cook, L. Whittington, and C. A. Baldwin | Concurrent infection with Ranavirus, *Batrachochytrium dendrobatidis*, and *Aeromonas* in a captive anuran colony. Journal of Zoo and Wildlife Medicine 39(3): 445–449. |
| EHB06958 | 1972 | Minton, S. A., Jr. | Amphibians and reptiles of Indiana. Indiana Academy of Science Monograph. 3:24–27. |
| EHB06926 | 1998 | Moore, M.K. and V.R. Townsend | The interaction of temperature, dissolved oxygen and predation pressure in an aquatic predator-prey system. Oikos 81(2): 329–336. |
| EHB06917 | 2002 | Moritz, C. | Strategies to protect biological diversity and the evolutionary processes that sustain it. *Systematic biology*, *51* (2), pp.238-254. |
| EHB06988 | 1975 | Mount, R.H. | The reptiles and amphibians of Alabama. Auburn Printing Co., Auburn, Alabama, 347 pp. |
| EHB06992 | 2014 | Mullendore, N., A. S. Mase, K. Mulvaney, R. Perry-Hill, A. Reimer, L. Gehbehani, R. N. Williams, and L. S. Prokopy | Conserving the Eastern Hellbender salamander. Human Dimensions of Wildlife, 19:166-178. |
| EHB07006 | 2007 | Nickerson, M. A. and J. T. Briggler | Harvesting as a factor in population decline of a long-lived salamander; the Ozark hellbender, *Cryptobranchus alleganiensis bishopi* Grobman. Applied Herpetology 4:207–216. |
| EHB07017 | 1973 | Nickerson, M. A., and C. E. Mays | The hellbenders: North American giant salamanders. Milwaukee Public Museum Publications in Biology and Geology 1, 106pp. |
| EHB07076 | 1986 | Nickerson, M. A., and M. D. Tohulka | The nests and nest site selection by Ozark hellbenders, *Cryptobranchus alleganiensis bishopi* Grobman. Transactions of the Kansas Academy of Science 89:66–69. |
| EHB07081 | 2003 | Nickerson, M. A., K. L. Krysko, and R. D. Owen | Habitat differences affecting age class distributions of the hellbender salamander, *Cryptobranchus alleganiensis*. Southeastern Naturalist 2:619–629. |
| EHB07092 | 2007 | Nickerson, M. A., A. L. Pitt, and M. D. Prysby | The effects of flooding on hellbender salamander, *Cryptobranchus alleganiensis* Daudin, 1803, populations. Salamandra 43:111–117. |

| | | | |
|---|---|---|---|
| EHB07099 | 2015 | Nicotra, A. B., E. A. Beever, A. L. Robertson, G. E. Hofmann, and J. O'Leary | Assessing the components of adaptive capacity to improve conservation and management efforts under global change. *Conservation Biology*, *29*(5), pp.1268-1278. |
| EHB07111 | 1954 | Nigrelli, R. F. | Some longevity records of vertebrates. New York Academy of Sciences 16:296–299. |
| EHB07116 | 1979 | Noeske, T. A., and M. A. Nickerson | Diel activity rhythms in the hellbender, *Cryptobranchus alleganiensis* (Caudata: Cryptobranchidae). Copeia. 1979:92–95. |
| EHB07121 | 2010 | Ohio Department of Natural Resources | Ohio lowhead dam locations map & data. Internet resource located at http://www.dnr.state.oh.us/water/dsafety/lowhead_dams/lowhead_locati ons_map/tabid/3361/Def ault.aspx (accessed October 5, 2010). |
| EHB07122 | 2001 | Paul, M. J. and J. L. Meyer | Streams in the urban landscape. Annual Review in Ecology and Systematics 32:333–365. |
| EHB07156 | 1987 | Peterson, C. L. | Movement and catchability of the hellbender, *Cryptobranchus alleganiensis*. Journal of Herpetology 21:197–204. |
| EHB07165 | 1988 | Peterson, C. L., D. E. Metter, and B. T. Miller, R. F. Wilkinson, and M. S. Topping | Demography of the *Cryptobranchus alleganiensis* in the Ozarks. American Midland Naturalist 119(2):291–303. |
| EHB07179 | 1989 | Peterson, C. L., J. W. Reed, and R. F. Wilkinson. | Seasonal food habits of *Cryptobranchus alleganiensis* (Caudata: Cryptobranchidae). The Southwestern Naturalist 34:348–441. |
| EHB07184 | 1996 | Peterson, C. L., and R. F. Wilkinson | Home range size of the hellbender (*Cryptobranchus alleganiensis*) in Missouri. Herpetological Review 27:126–127. |
| EHB07186 | 1983 | Peterson, C. L., R. F. Wilkinson, Jr., M. S. Topping, D. E. Metter | Age and growth of the Ozark hellbender (*Cryptobranchus alleganiensis bishopi*). Copeia. 1983:225–231. |
| EHB07194 | 1985 | Peterson, C. L., M. S. Topping, R. F. Wilkinson, Jr., and C. A. Taber | Examination of long-term growth of *Cryptobranchus alleganiensis* predicted by linear regression models. Copeia 1985: 496-497. |
| EHB07200 | 1998 | Petranka, J. W. | Salamanders of the United States and Canada. Smithsonian Institution. |
| EHB07208 | 1990 | Pfingsten, R. A. | The status and distribution of the hellbender, *Cryptobranchus alleganiensis*, in Ohio. Herpetological Review 21(3):48-51. |
| EHB07212 | 2005 | Phillips, C. A., and W. J. Humphries | *Cryptobranchus alleganiensis*; hellbender, pp. 648– 651 in: M.J. Lannoo (eds.), Amphibian declines; the conservation status of Untied States species, University of California Press, Berkeley, California. |
| EHB07218 | 2005 | Pitt, A. L. and M. A. Nickerson | *Cryptobranchus alleganiensis* larval diet. Herpetological Review 37:69. |
| EHB07219 | 2017 | Pitt, A. L., J. L. Shinskie, J. J. Tavano, S. M. Hartzell, T. Delahunty, and S. F. Spear | Decline of a giant salamander assessed with historical records, environmental DNA and multi-scale habitat data. Freshwater Biology 62:977-976. |
| EHB07229 | 2002 | Poff, N. L. and D. D. Hart | How dams vary and why it matters for the emerging science of dam removal. Bioscience 52:659–668. |
| EHB07239 | 2015 | Pugh, M. W., M. Hutchins, M. Madritch, L. Siefferman, and M. M. Gangloff | Land-use and local physical and chemical habitat parameters predict site occupancy by hellbender salamanders. Hydrobiologia 770:105–116. |
| EHB07252 | 2006 | Raffel, T. R., J. R. Rohr, J. M. Kieseckers, and P. J. Hudson | Negative effects of changing temperature on amphibian immunity under field conditions. Functional Ecology 20:819-828. |
| EHB07262 | 1965 | Rafferty, Jr., K. A. | The cultivation of inclusion-associated viruses from Lucké Tumor Frogs. Annals of the New York Academy of Sciences 126(1) 3–21 |
| EHB07281 | 2011 | Redford, K. H. G. Amato, J. Baillie, P. Beldomenico, E. L. Bennett, N. Clum, R. Cook, G. Fonseca, S. Hedges, F. Launay, S. Lieberman, G. M. Mace, A. Murayama, A. Putnam, J. G. Robinson, H. Rosenbaum, E. W. Sanderson, S. N. Stuart, P. Thomas, J. Thorbjarnarson | What does it mean to conserve a (vertebrate) species? BioScience 61:39-48. |
| EHB07291 | 1903 | Reese, A. M. | The habits of the giant salamander. Popular Science Monthly 62:526–531. |
| EHB07298 | 2012 | Regester, K. J., H. Simpson, E. J. Chapman, and P. J. Petokas. | Occurrence of the fungal pathogen *Batrachochytrium dendrobatidis* among eastern hellbender populations (*Cryptobranchus a. alleganiensis*) within the Allegheny-Ohio and Susquehanna River drainages, Pennsylvania, USA. Herpetological Review 43:150–159. |
| EHB07302 | 2009 | Renner, R. | Salt-loving algae wipe out fish in Appalachian stream. Environmental Science & Technology, 43(24): 9046–9047. |

| | | | |
|---|---|---|---|
| EHB07304 | 2008 | Rohr, J. R., A. M. Schotthoefer, T. R. Raffel, H. J. Carrick, N. Halstead, J. T. Hoverman, C. M. Johnson, L. B. Johnson, C. Lieske, M. D. Piwoni, P. K. Schoff, and V. R. Beasley | Agrochemicals increase trematode infections in a declining amphibian species. Nature 455: 1235–1240. |
| EHB07311 | 1993 | Rollins-Smith, L. A. and P. J. Blair. | The effects of corticosteroid hormones and thyroid hormones on lymphocyte viability and proliferation during development and metamorphosis of *Xenopus laevis*. Differentiation 54(3) 155–160. |
| EHB07317 | 2007 | Romero, L. M. and L. K. Butler. | Endocrinology of Stress. International Journal of Comparative Psychology 20: 89–95. |
| EHB07324 | 1998 | Routledge, E.J., D. Sheahan, C. Desbrow, G.C. Brighty, M. Waldock, and J.P. Sumpter | Identification of estrogenic chemicals in STW effluent. 2. In vivo responses in trout and roach. Environmental Science and Technology 32: 1559–1565. |
| EHB07331 | 1994 | Routman, E. J., R. Wu, and A.R. Templeton. | Parsimony, molecular evolution, and biogeography: the case of the North American giant salamander. Evolution 48(6):1799-1809. |
| EHB07343 | 2002 | Ruckelshaus, M., P. McElhany and M. J. Ford. | Recovering species of conservation concern: are populations expendable? In The Importance of Species: Perspectives on Expendability and Triage. Edited by P. Kareiva and S. Levin. Princeton University Press, Princeton, NJ. p. 305-329 |
| EHB07369 | 2009 | Sabatino, S. J., and E. J. Routman | Phylogeography and conservation genetics of the hellbender salamander (*Cryptobranchus alleganiensis*). Conservation Genetics 10(5):1235-1246. |
| EHB07381 | 2005 | Santucci, Jr., V. J., S. R. Gephard, and S. M. Pescitelli | Effects of multiple low-head dams on fish, macroinvertebrates, habitat, and water quality in the Fox River, Illinois. North American Journal of Fisheries Management 25:975–992. |
| EHB07399 | 2000 | Sedlak, D. L., J. L. Gray, and K. E. Pinkston | Understanding microcontaminants in recycled water. Environmental Science and Technology 34(23): 508A–515A. |
| EHB07407 | 2011 | Sgro, C. M., A. J. Lowe, and A. A. Hoffmann | Building evolutionary resilience for conserving biodiversity under climate change. Evolutionary Applications, 4(2), pp.326-337. |
| EHB07419 | 2000 | Shaffer, M. L. and B. A. Stein | Safeguarding our precious heritage. Page 301-321 in Stein, B. A., L. S. Kutner, J. S. Adams, eds. Precious heritage: the status of biodiversity in the United States. New York: Oxford University Press. |
| EHB07440 | 1907 | Smith, B. G. | The life history and habits of *Cryptobranchus alleganiensis*. Biological Bulletin 13:5–39. |
| EHB07475 | 2017 | Smith, K. M., C. Zambrana-Torrelio, A. White, M. Asmussen, C. Machalaba, S. Kennedy, K. Lpez, T. M. Wolf, P. Daszak, D. A. Travis, and W. B. Karesh | Summarizing US wildlife trade with an eye toward assessing the risk of infectious disease introduction. EcoHealth 14:29- 39. |
| EHB07486 | 2012 | Souza, M. J., M. J. Gray, P. Colclough, and D. L. Miller. | Prevalence of infection by *Batrachochytrium dendrobatidis* and Ranavirus in eastern hellbenders (*Cryptobranchus alleganiensis alleganiensis*) in Eastern Tennessee. Journal of Wildlife Diseases 48(3):560-566. |
| EHB07493 | 2010 | Speirs-Bridge, A, F. Fidler, M. McBride, L. Flander, G. Cumming, and M. Burgman | Reducing overconfidence in the interval judgments of experts. Risk Analysis, 30(3), pp.512-523. |
| EHB07505 | 2017 | Stegen, G., F. Pasmans, B. R. Schmidt, L. O. Rouffaer, S. V. Praet, M. Schaub, S. Canessa, A. Laudelout, T. Kinet, C. Adriaensen, F. Haesebrouck, W. Bert, F. Bossuyt, and A. Martel | Drivers of salamander extirpation mediated by *Batrachochytrium salamandrivorans*. Nature 544:353-356. |
| EHB07516 | 2004 | Storrs, S. I. and J.M. Kiesecker | Survivorship patterns of larval amphibians exposed to low concentrations of atrazine. Environmental Health Perspectives 112:1054–1057. |
| EHB07520 | 1948 | Swanson, P. L. | Notes on the amphibians and reptiles of Venango County, Pennsylvania. The American Midland Naturalist 40:362–371. |
| EHB07531 | 1975 | Taber, C. A., R. F. Wilkinson, Jr., and M. S. Topping. | Age and growth of hellbenders in the Niangua River, Missouri. Copeia 1975:633–639. |
| EHB07539 | 1999 | Taylor, S. E., R. Rummer, K. H. Yoo, R. A. Welch, and J. D. Thompson | What we know and don't know about water quality at stream crossings. Journal of Forestry 97(8):12-17. |
| EHB07545 | 2014 | Teplitsky, C., Robinson, M.R. and Merilä, J. | Evolutionary potential and constraints in wild populations. Pp.190-208 in Charmantier, A., D.Garant and L. E. B. Kruuk, eds. *Quantitative genetics in the wild*. Oxford University Press. |

| | | | |
|---|---|---|---|
| EHB07558 | 2011 | Tonione, M., J. R. Johnson, and E. J. Routman. | Microsatellite analysis supports mitochondrial phylogeography of the hellbender (*Cryptobranchus alleganiensis*). Genetica 139:209-219. |
| EHB07569 | 1990 | Ultsch, G. R., and J. T. Duke | Gas exchange and habitat selection in the aquatic salamanders *Necturus maculosus* and *Cryptobranchus alleganiensis*. Oecologia 83:250–258. |
| EHB07579 | 2015 | Unger, S. D., and R. N. Williams | Genetic analysis reveals multiple parentage in captive reared eastern hellbender salamanders (*Cryptobranchus alleganiensis*). Zoo Biol. 34:535–537. |
| EHB07582 | 2016 | Unger, S. D., C. Lawson, J. D. Groves, S. F. Spear, and C. E. More | *Cryptobranchus alleganiensis alleganiensis* (Eastern hellbender): unusual mortality. Herpetological Review 47(4):639. |
| EHB07584 | 2017 | Unger, S. D., L. A. Williams, J. D. Groves, C. R. Lawson, and W. J. Humphries | Anthropogenic associated mortality in the Eastern Hellbender (*Cryptobranchus alleganiensis alleganiensis*). Notes of the Southeastern Naturalist 16:N9–N13. |
| EHB07589 | 1980 | Vannote, R. L., G. W. Minshall, K. W. Cummins, J. R. Sedell, and C. E. Cushing | The river continuum concept. Canadian Journal of Fisheries and Aquatic Sciences, 37(1), 130-137. |
| EHB07597 | 1995 | Waters, T.F. | Sediment in streams: sources, biological effects, and control: American Fisheries Society Monograph 7, 251 pp. |
| EHB07602 | 2003 | Wheeler, B.A., E. Prosen, A. Mathis, and R.F. Wilkinson | Population declines of a long lived salamander: a 20+ year study of hellbenders, *Cryptobranchus alleganiensis*. Biological Conservation 109:151–156. |
| EHB07608 | 1994 | White, R., S. Jobling, S.A. Hoare, J.P. Sumpter, and M.G. Parker | Environmentally persistent alkylphenolic compounds are estrogenic. Endocrinology 135(1): 175–182. |
| EHB07616 | 2014 | Williams, L. A. and J. D. Groves | Prevalence of the amphibian pathogen *Batrachochytrium dendrobatidis* in Eastern hellbenders (*Cryptobranchus a. alleganiensis*) in Western North Carolina, USA. Herpetological Conservation and Biology 9(3):454-467. |
| EHB07631 | 1981 | Williams R. D., J. E. Gates, C. H. Hocutt, and G. J. Taylor | The hellbender: a nongame species in need of management. Wildlife Society Bulletin 9:94–100 |
| EHB07639 | 1981 | Williams R. D., J. E. Gates and C. H. Hocutt | An evaluation of known and potential sampling techniques for hellbender, *Cryptobranchus alleganiensis*. Journal of Herpetology 15:23–27. |
| EHB07645 | 2007 | Woodhams, D. C., K. Ardipradja, R. A. Alford, G. Marantelli, L. K. Reinert, and L. A. Rollins- Smith | Resistance to chytridiomycosis varies among amphibian species and is correlated with skin peptide defenses. Animal Conservation 2007:1–9. |
| EHB07654 | 2017 | Yap, T. A., N. T. Nguyen, M. Serr, A. Shepack, and V. T. Vredenburg | *Batrachochytrium salamandrivorans* and the risk of a second amphibian pandemic. EcoHealth 14:851-864. |
| EHB07668 | 2007 | Zackay, A. | Random Genetic Drift & Gene Fixation. (https://pdfs.semanticscholar.org/1dcb/03aa10e74b1fc3d2dd1db06762cc19ce3f5a.pdf) |
| | | | |
| | | | |

*The following references contain copyrighted content, which FWS has requested that the Court accept for filing under seal, with access restricted to the Court and to the parties to this matter, in order to balance the need for access against legal restrictions imposed by the Copyright Act. FWS has also requested that the Court direct that the copyrighted materials may be used only for purposes of this litigation. FWS disclaims all liability for use of these materials.