```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
CENTER FOR BIOLOGICAL DIVERSITY et al.,                            :
                                                                   :
                          Plaintiff,                               :
                                                                   :           21-cv-5706 (LJL)
         -v-                                                       :
                                                                   :               ORDER
U.S. FISH AND WILDLIFE SERVICE et al.,                             :
                                                                   :
                          Defendant.                               :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/5/2022__

LEWIS J. LIMAN, United States District Judge:

     Plaintiffs have moved for an order compelling Defendants to complete production of the administrative record in this case and to produce a privilege log identifying those materials withheld from the administrative record in a claim of privilege.  Dkt. No. 33.  The Court will hear oral argument on the motion on July 15, 2022 at 9:30 a.m. in Courtroom 15C of the 500 Pearl Street Courthouse.

     SO ORDERED.

Dated: July 5, 2022
       New York, New York

                                                LEWIS J. LIMAN
                                        United States District Judge