

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, Third Floor*
*New York, New York 10007*

September 30, 2022

**By ECF**
The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Center for Biological Diversity, et al. v. U.S. Fish and Wildlife Service, et al.*, 21
               Civ. 5706 (LJL)

Dear Judge Liman:

      I write respectfully, on behalf of all parties in the above-referenced action brought pursuant
to the Endangered Species Act, 16 U.S.C. §§ 1533, 1540(g), and the Administrative Procedure
Act, 5 U.S.C. § 706, to submit for the Court's consideration the enclosed stipulation and proposed
order to supplement the administrative record.

      As Defendants have previously advised the Court, "in an effort to avoid protracted
litigation and motion practice," they have agreed to supplement the administrative record with
certain documents, even though Defendants "maintain[] that [those] documents are not properly
part of the record," "in an effort to avoid protracted litigation and motion practice." ECF No. 36,
at 12 n.3; *see also* ECF No. 34 at 1; ECF No. 35, Exhibit 5. The enclosed stipulation effectuates
that agreement by providing for the filing of a supplement to the administrative record for the
agreed documents.

      These documents are distinct from those that were the subject of Plaintiffs' motion to
complete the administrative record and require production of a privilege log, which was denied by
the Court on July 18, 2022.  ECF No. 39. Nothing in this stipulation affects the resolution of that
motion.

We thank the Court for its consideration of this submission.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By:    /s/ *Natasha W. Teleanu*
        NATASHA W. TELEANU
        Assistant United States Attorney
        Tel.: (212) 637-2528
        Fax: (212) 637-2786
        E-mail: natasha.teleanu@usdoj.gov

Encl.
cc:  **By ECF**
      Counsel of Record