

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, Third Floor*
*New York, New York 10007*

October 4, 2022

**By ECF**
The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *Center for Biological Diversity, et al. v. U.S. Fish and Wildlife Service, et al.*, 21 Civ. 5706 (LJL)

Dear Judge Liman:

  With Plaintiffs' consent, I write respectfully, on behalf of the Government, to request leave to file the supplement to the administrative record with the Clerk of Court in the Southern District of New York in the form of a computer disk, rather than to file it on ECF.

  On September 30, 2022, the Court approved the parties' stipulation that the Government would file a supplement to the administrative record by October 7, 2022. *See* ECF No. 46. The supplement to the administrative record consists of more than 8,000 pages, and it is over 170 MB in size, which is much larger than the 10 MB limit imposed on ECF filings. Accordingly, the Government respectfully requests that the Court so-order this letter to authorize filing of a computer disk with the Clerk.

  If the Court grants this request, the Government will provide chambers with a copy of the supplement to the administrative record on a computer disk, unless the Court prefers to access the materials via the Government's USAfx file transfer system. The Government will provide Plaintiffs with a copy of the supplement to the administrative record via USAfx. The Government intends to file the certification of the supplement and an index on ECF.[1]

  We thank the Court for its consideration of this request.

---

[1] Previously, due to the size of the administrative record, the Government similarly sought leave to file the record with the Clerk of Court, which the Court ordered. *See* ECF Nos. 24-25.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By:    /s/ *Natasha W. Teleanu*
NATASHA W. TELEANU
Assistant United States Attorney
Tel.: (212) 637-2528
Fax: (212) 637-2786
E-mail: natasha.teleanu@usdoj.gov

cc: **By ECF**
Counsel of Record