

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

October 13, 2022

By ECF
The Honorable Lewis J. Liman
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

                Re:    *Center for Biological Diversity v. U.S. Fish & Wildlife Service, et al.,*
                        21 Civ. 05706 (LJL)

Dear Judge Liman:

      On behalf of the government, I write respectfully to withdraw as an attorney of record for defendants U.S. Fish and Wildlife Service, Martha Williams, in her official capacity as Director of Fish and Wildlife Service, and Debra Haaland, in her official capacity as Secretary of the Interior (collectively, "Defendants"). My last day as an Assistant United States Attorney in the U.S. Attorney's Office for the Southern District of New York is October 21, 2022. Defendants will continue to be represented by the United States Attorney's Office, and AUSA Anthony Sun has already appeared in this case as an attorney of record. My withdrawal as an attorney of record will not affect any deadlines or cause any delay in this matter. Accordingly, I respectfully request that the Court grant my request to withdraw from this matter.

      I thank the Court for its attention to this matter.

                                            Respectfully submitted,

                                            DAMIAN WILLIAMS
                                            United States Attorney for the
                                            Southern District of New York

                          By:    /s/ *Natasha W. Teleanu*
                                 NATASHA W. TELEANU
                                 Assistant United States Attorney
                                 Telephone: (212) 637-2528
                                 Facsimile: (212) 637-2786
                                 E-mail: natasha.teleanu@usdoj.gov

cc:       Counsel of record (via ECF)