**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CENTER FOR BIOLOGICAL DIVERSITY et al.,

                Plaintiff,                21 **CIVIL** 5706 (LJL)

      -against-                       **<u>JUDGMENT</u>**

U.S. FISH AND WILDLIFE SERVICE et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 5, 2023, Plaintiffs' motion for summary judgment is GRANTED, and the Defendants' motion for summary judgment is DENIED. FWS's April 4, 2019 determination that a listing of the eastern hellbender as endangered or threatened is not warranted is vacated and the matter is remanded to FWS for further proceedings consistent with this Court's Opinion and Order; accordingly, the case is closed.

**Dated:**  New York, New York
           September 15, 2023

                                                          **RUBY J. KRAJICK**
                                                          **Clerk of Court**

                              **BY:**
                                                         **Deputy Clerk**